IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:25-CV-01454- |
| | § | SDJ-AGD |
| YAT HO WONG, | § | |
| | § | |
| Defendant. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation of the United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On January 14, 2026, the Report of the Magistrate Judge, (Dkt. #6), was entered containing proposed findings of fact and recommendation that the instant case be remanded to the 401st District Court in Collin County, Texas.

On January 28, 2026, Plaintiff filed timely objections to the Report (Dkt. #7). The Court has conducted a de novo review of Plaintiff's objections (Dkt. #7). Having done so, the Court is of the opinion that the findings of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings of the Court.

It is therefore **ORDERED** that this case is **REMANDED** to the 401st District Court in Collin County, Texas.

It is further **ORDERED** that any relief not addressed herein is **DENIED**.

The clerk of court is directed to immediately transmit this case to the 401st District Court in Collin County, Texas. The clerk of court shall close this case.

**So ORDERED and SIGNED this 2nd day of February, 2026.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE